

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § | No. 08-15-00096-CV |
|---|---|---|
| IN RE: | § | ORIGINAL PROCEEDING |
| EL PASO COUNTY, TEXAS, | § | ON PETITION FOR WRIT OF |
| Relator. | § | MANDAMUS |
|  | § |  |

## **MEMORANDUM OPINION**

Relator, El Paso County, Texas, has filed a petition for writ of mandamus against the Honorable William Moody, Judge of the 34th District Court of El Paso County, Texas. We deny mandamus relief.

The real party in interest, Mary Lou Vasquez, filed suit against Relator alleging discrimination and retaliation in violation of Chapter 21 of the Texas Labor Code. Respondent denied Relator's motion to dismiss, which alleged that Vasquez did not comply with the post-suit notice requirement established by Section 89.0041 of the Texas Local Government Code. *See* TEX.LOCAL GOV'T CODE ANN. § 89.0041 (West 2008). In this mandamus proceeding, Relator asks that we order Respondent to dismiss Vasquez's suit.

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 135-36. Based on the record before us, we

conclude that Relator has failed to establish it is entitled to mandamus relief.  Accordingly, we deny the petition for writ of mandamus.

STEVEN L. HUGHES, Justice

May 13, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.